# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

**JAMES MURRAY,**

       **Plaintiff,**
  V.                                **CASE NUMBER: 9:04-CV-0805 (DNH/GHL)**

**C.O. BUSHEY,**

       **Defendant.**


[ ]    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ X ]    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of Defendant for failure of the plaintiff to comply with the Order by District Court Judge David N. Hurd, filed March 29, 2005.


August 2, 2005                             **LAWRENCE K. BAERMAN**
_____       _____
DATE                                                CLERK

Entered on the Docket: 8/2/2005     ____   s/ April L. Hudson_____
                                                     (BY) DEPUTY CLERK