UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
JAMES MURRAY

                              Plaintiff,

    vs                                                    9:04-cv-00805

C.O. Bushey

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

JAMES MURRAY
Plaintiff, pro se
95-A-4417
Upstate Correctional Facility
P.O. Box 2001
Malone, NY 12953


HON. ANDREW M. CUOMO                  SENTA B. SIUDA, ESQ.
Office of Attorney General - Syracuse Office    Ass't Attorney General
615 Erie Boulevard West
Suite 102
Syracuse, NY 13204-2455


DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Plaintiff brought this civil rights action pursuant to 42 U.S.C. § 1983.  On February 2, 2009, the Honorable George H. Lowe, United States Magistrate Judge, advised, by Report-Recommendation, that defendant's motion for summary judgment be granted, and the complaint be dismissed in its entirety.  Both parties timely filed objections to the Report-Recommendation.

Based upon a de novo determination of the portions of the report and recommendations to which both parties objected, the Report-Recommendation is accepted in whole. See 28 U.S.C. 636(b)(1). Accordingly, it is

ORDERED that

1. Defendants' motion for judgment on the pleadings (Docket. No.43) is **DENIED** as to Plaintiff's Fourth Amendment claim;

2. **GRANTED** as to Plaintiff's Eighth Amendment claim; and

3. Plaintiff's Eighth Amendment claim is DISMISSED.

IT IS SO ORDERED.

United States District Judge

Dated: February 23, 2009
      Utica, New York.